UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERO A. BUGONI,<br><br>    Plaintiff,<br><br>    v.<br><br>CHECKR INCORPORATED, et al.,<br><br>    Defendants. | Case No. 21-cv-05791-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE**<br><br>Re: Dkt. No. 11 |

In her 28 U.S.C. § 1915(e)(2) Screening Order, Judge Corley explained in detail why plaintiff Piero A. Bugoni's complaint failed to state a claim and allowed Bugoni to file an amended complaint within 30 days. Dkt. No. 7. Following that order, Bugoni's filed an Amended Complaint. Dkt. No. 10. The Amended Complaint did not cure the defects identified by Judge Corley, namely Bugoni's failure to allege facts showing his standing or ability to assert a well-pleaded claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. or a cognizable related tort or constitutional claim. Dkt. No. 11. Accordingly, Judge Corley issued an Order To Reassign And Report and Recommendation To Dismiss on October 7, 2021, which recommended that the Amended Complaint be dismissed for failure to state a claim. *Id*. at 11.

Objections were due on or before October 21, 2021. As of today's date, no objection or other response has been filed by any party.

Judge Corley's Report and Recommendation is well-reasoned and thorough; I adopt it in every respect. Bugoni's Amended Complaint is DISMISSED without leave to amend for failure to state a claim. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: October 26, 2021



William H. Orrick
United States District Judge